**ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - DECEMBER 14, 2005**
(COU122)

AIS #: 00156270A     SSN: 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    RACE/SEX: B/M    DATE OF BIRTH: 03/30/1962
NAME: ANDERSON, MICHAEL DEWAYNE        CUSTODY: MIN9    SECURITY LEVEL: 4
INST: BULLOCK CORRECTIONAL FACILIT     TIME SRVD: 09Y04M06  LAST DISC: 01 21 2004
CRME: MURDER                           MIN REL DT: 99/99/9999  ACTIVE DET: 0

DISC: CONSPIRE TO VIOLATE DOC INSTIT   PRL CONS: 08/01/2006  EDUCAT LEV: 12

WL/PGM: _____ PRIM OCCUP: LABORER — WRECKING,CONSTRUCTIO

RECOMMENDED INSTITUTION: _____    RECOMMENDED CUSTODY: _____

JUSTIFICATION: [handwritten, largely illegible]

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED:

CLASSIFICATION SPECIALIST  DATE        WARDEN OR DESIGNEE  DATE
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE    CLASSIFICATION COORDINATOR  DATE

CENTRAL REVIEW BOARD ACTION

___ APPROVED  X DENIED; DIVERTED TO: _____  REASONS: _____
                                                CRB MEMBER   DATE

___ APPROVED  X DENIED; DIVERTED TO: _____  REASONS: _____
                                                CRB MEMBER   DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____  REASONS: _____
                                                CRB MEMBER   DATE

FINAL DECISION: INST _____ CUSTODY _____  NO Change   1-31-06

DATE INMATE INFORMED: _____  INMATE'S SIGNATURE: Michael W. Anderson

DIVA 4/04/97
D/L AL(MW)