```
CBR716-3                    ALABAMA DEPARTMENT OF CORRECTIONS              INST:   0
                            INMATE SUMMARY AS OF 04/04/2006                CODE: CRSUM
```

Exhibit #36(A)

```
AIS: 00156270A   INMATE: ANDERSON, MICHAEL DEWAYNE          RACE: B   SEX: M

INST: 045 - BULLOCK CORRECTIONAL FACILITY    DORM: 00   JAIL CR: 00DY 06M 27D

DOB: 03/30/1962   SSN: 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                       PREVIOUS AIS: P0030855

ALIAS: "LOWRIDER",                    ALIAS: ANDERSON, MIKE

ADM DT: 03/05/1997 DEAD TIME: 00DY 00M 00D

ADM TYP: LIFE SENTENCE                          STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MIN-9   CURRENT CUST DT: 06/24/2005   PAROLE REVIEW DATE: AUG 200

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV          CURRENT CLASS DATE: 03/05/1997
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY       SENT DT  CASE NO   CRIME                              JU-CR       TERM
MOBILE       03/05/97 N9500198D MURDER                             02070       LIFE
             ATTORNEY FEES : $000900     HABITUAL OFFENDER : N
             COURT COSTS   : $0000638    FINES : $0000000    RESTITUTION : $00022

  TOTAL TERM        MIN REL DT       GOOD TIME CAL     GOOD TIME REV      LONG DATE
    LIFE            00/00/0000                                            99/99/9999

INMATE LITERAL:
********************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
********************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
********************************************************************************

DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 01/21/2004   TIME LOST: 00Y00M00D    CUST FROM MIN9 TO MIN9
   DISCIPLINE TYPE: MAJOR                AT INST: 352    RULE NUMBER: 91
   RETAINED DAYS: 0000   SEQ #: 05   RULE LIT: CONSPIRE TO VIOLATE DOC INSTIT.

>> DISCIPLINE: 01/21/2004   TIME LOST: 00Y00M00D    CUST FROM MIN9 TO MIN9
   DISCIPLINE TYPE: MAJOR                AT INST: 352    RULE NUMBER: 92
   RETAINED DAYS: 0000   SEQ #: 04   RULE LIT: AID & ABETTING ANOTHER TO VIO. D
```

CONTINUED ON NEXT PAGE

282716-3

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 04/04/2006

INS CODE:

CONTINUATION        Exhibit #3(b)

AIS: 00156270A    INMATE: ANDERSON, MICHAEL DEWAYNE

RACE: B    SEX: M

DISCIPLINARY/CITATION SUMMARY

>> CITATION: 08/23/2002
   CITATION TYPE: BEHAVIOR CITATION                  CUST FROM MED9 TO MED9
   RETAINED DAYS: 0000    SEQ #: 03    AT INST: 002    RULE NUMBER: 54
                                       RULE LIT: POSSESSION OF CONTRABAND

>> CITATION: 08/14/2001
   CITATION TYPE: BEHAVIOR CITATION                  CUST FROM MED9 TO MED9
   RETAINED DAYS: 0000    SEQ #: 02    AT INST: 002    RULE NUMBER: 54
                                       RULE LIT: POSSESSION OF CONTRABAND

>> CITATION: 05/29/1998
   CITATION TYPE: BEHAVIOR CITATION                  CUST FROM MED9 TO MED9
   RETAINED DAYS: 0000    SEQ #: 01    AT INST: 040    RULE NUMBER: 85
                                       RULE LIT: VIOLATION OF INSTIT. RULES O