Exhibit #4

# Certificate of Treatment

The
Alabama
Department of Corrections
Certifies That

**MICHAEL DEWAYNE ANDERSON #156270**

has successfully completed the
Substance Abuse Program (8 week course)
offered by the Bullock County Correctional
Facility and Treatment Program.

from  APRIL 18, 2005  to  JUNE 10, 2005

_S. Q._  _Rick Broxey, M.S., CCJP_
INSTRUCTOR  DIRECTOR