Exhibit "5"

# Certificate of Training

The

Alabama

Department of Corrections

Certifies That

## MICHAEL ANDERSON B/156270

Has successfully completed the Bullock Correctional Facility

Life Skills – Reality Therapy course conducted

from ___ APRIL 1, 2005 ___ to ___ APRIL 29, 2005 ___

_Mike Haynes_

Mr. Mike Haynes, Psy.II/Education Director

Revised 11-15-03