

# Certificate of Training

The Alabama Department of Corrections Certifies That

**MICHAEL ANDERSON B/156270**

Has successfully completed the Bullock Correctional Facility Life Skills – Domestic Violence course conducted

from NOVEMBER 1, 2005 to NOVEMBER 30, 2005

Mr. Mike Haynes, Psy.II/Education Director

Revised 11-15-03