Exhibit #7

# Certificate of Training

The
Alabama
Department of Corrections
Certifies That

**MICHAEL ANDERSON B/156270**

Has successfully completed the Bullock Correctional Facility
Life Skills – Personal Development course conducted

from  NOVEMBER 1, 2005  to  NOVEMBER 30, 2005

Mr. Mike Haynes, Psy.II/Education Director
(signed: Mike Haynes)

Revised 13-15-03