MEMORANDUM

TO: Wardens; Division Directors; Classification
FROM: Commissioner Donal Campbell
DATE: November 16, 2005
RE: Revised Policies on Work Release & Supervised Community Work Center Programs

As you know, the Alabama Department of Corrections operates two different external work programs for eligible inmates: Work Release and Supervised Community Work Centers. Work Release allows those participating inmates to take paid employment outside prison and to function in their job in plain clothes. Community Work Center inmates work under supervision and without pay for state or local agencies, and also for non-profit agencies. Also, Community Work Center inmates are clearly identifiable since they function in their prison uniforms.

Although a number of crimes are already designated as ineligible for these programs, such as sexual offenders, kidnappers, drug traffickers and aggravated offenders, the review begun last month has focused on the eligibility of those inmates convicted of murder, manslaughter and criminally negligent homicide.

As a result of this review, the following policy and eligibility changes will be made immediately to both programs:

**Work Release**
The revised ADOC policy requires that inmates convicted of murder, manslaughter and criminally negligent homicide will no longer be eligible for work release.

**Supervised Community Work Center**
Inmates in all three categories under review (murder, manslaughter, and criminally negligent homicide) will continue to be eligible for Community Work Center placement, but only when supervision is provided by a state or local government agency. No longer will inmates in these three categories be eligible for community service where supervision is provided by non-profit agencies.

Additionally, inmates convicted of these three crimes will be eligible for Supervised Community Work Center placement only after a thorough review of the facts and circumstances of their crime and prison conduct.

ADOC will continue to require that the supervising government agencies receive detailed instruction and guidelines for accepting Community Work Center inmates. ADOC will continue to monitor each agency for compliance. In the event of an unsatisfactory compliance review, that government agency may be disallowed from further participation in the Community Work Center program.