2:06

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

2006 JUL 17 A 9:44

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

_Michael Dewayne Anderson #156270_
Plaintiff(s)

2:06 cv 620 — WKW CSC

v.

_Mike Slatton, A. Coleman, Paul Whaley Et. Al._
Defendant(s) _State of Alabama Et. Al.,_

I, _Michael Dewayne Anderson_, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1.  Are you presently employed?      Yes ( )   No (✓)

    A.  If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____ N/A

    B.  If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. _____ N/A

2.  Have you received within the past twelve months any money from any of the following sources?

    A.  Business, profession, or form of self-employment?   Yes ( )   No (✓)
    B.  Rent payments, interest, or dividends?              Yes ( )   No (✓)
    C.  Pensions, annuities, or life insurance payments?    Yes ( )   No (✓)
    D.  Gifts or inheritances?                              Yes ( )   No (✓)
    E.  Any other sources?                                  Yes ( )   No (✓)

    If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _____ N/A

1

3. Do you own cash, or do you have money in a checking or savings account? [Include any prison accounts].   Yes ( )   No (✓)

   If the answer is YES, state the total value of the items owned. _____ N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [ordinary household furnishings and clothing]?   Yes ( )   No (✓)

   If the answer is YES, describe the property and state its approximate value. _____ N/A

5. List the persons who are dependent upon you for support, state your relationship to those and indicate how much you contribute toward their support. _____ N/A

*Michael W. Anderson*
Signature of Affiant

STATE OF ALABAMA          )
COUNTY OF _____ )

Before me, a Notary Public in and for said County, in said State, personally appeared _____, whose name is signed to the foregoing complaint, first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the b[est] of his knowledge and belief.

*Michael W. Anderson*
Signature of Affiant

Sworn to and subscribed before me on this _____ day of _____

_____
NOTARY PUBLIC

_____ Coun[ty]
My Commission Expires:_____

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _April 28, 2006_
                    (date)

_____[Signature]_____
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __944__ on account to his credit at the __BULLOCK CF__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

__NO RECORDS IN THE PAST TWELVE MONTHS__

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A.   $_____ on the first day of _____
B.   $_____ on the first day of _____
C.   $_____ on the first day of _____
D.   $_____ on the first day of _____
E.   $_____ on the first day of _____
F.   $_____ on the first day of _____

_____[Signature]_____
Authorized Officer of Institution

Date: 05/09/06