**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul Whaley II
Director of Classification
Alabama Department of Corrections
P.O. Box 301501
Montgomery, AL 36130

2. Article Number
7005 1820 0002 3461 1468

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☑ Addressee

B. Received by (Printed Name)
Paul Whaley

C. Date of Delivery
24 July 06

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2:06CV620
c+s                    40

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Domestic Return Receipt        102595-02-M-1540