IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL D. ANDERSON, #156270,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CASE NO. 2:06-cv-620-WKW |
| ) | WO |
| PAUL WHALEY, *et al.*,  ) | |
| ) | |
| Defendants.  ) | |

## **ORDER**

On July 20, 2006, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED as follows:

1. The plaintiff's claims against the State of Alabama are hereby dismissed with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

2. The State of Alabama is dismissed as a party in this cause of action;

3. This case, with respect to the plaintiff's claims against Paul Whaley, Mike Slatton, and A. Coleman are hereby REFERRED back to the Magistrate Judge for further proceedings.

Done this the 21st day of August 2006.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE