IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ANDERSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) CASE NO. 2:06-CV-620-WKW-CSC |
| PAUL WHALEY, ET AL. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## ANSWER OF DEFENDANTS

COME NOW Defendants, by and through the undersigned counsel, and for their Answer to the above-styled action, state as follows:

Defendants deny each and every material allegation made in the Complaint, and demand strict proof thereof.

Defendants deny that they violated any of the Plaintiff's constitutional rights.

Defendants deny that they violated the Plaintiff's due process rights.

Defendants deny that they caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

Defendants deny that they conspired, retaliated or discriminated against the Plaintiff in any way.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff has failed to state a claim upon which relief may be granted.

The Plaintiff makes no specific allegations against Defendants Coleman and Slatton.

The Defendants are immune from suit under the Eleventh Amendment to the United States Constitution.

The Defendants are immune from suit due to qualified immunity.

Respectfully submitted,

TROY KING
Attorney General


s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General


ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 29th day of August, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Michael Anderson, AIS #156270
Bullock Correctional Facility
P.O. Box 5107
Union Springs, Alabama 36089

                                                s/ Benjamin H. Albritton
                                                Benjamin H. Albritton
                                                Assistant Attorney General