I, Mike Slatton have been employed with the ADOC since 1981. I have been a member of the Central Review Board since 1989.

This is a response to the complaint made by inmate Michael Anderson #156270 that I, Mike Slatton, made a racial response when denying his recommendation, dated 1/30/06, to be transferred to a less restrictive setting, an honor camp. I did not make any such remarks and fail to see how Anderson could in any way interpret it as such.

I noted on the process review form that he had a long criminal history that included instances of violence and that he finally killed a victim. It should be noted that he received a life sentence for the Murder conviction.

I did approve for Anderson to be transferred to Elmore Correctional facility. It is a Level IV institution, however, unlike Bullock Correctional Facility, where he now resides; it is an all minimum security facility. I approved him to go there as a transition to possibly be sent to a Minimum Level II camp at a later date once he has shown us through his continued positive behavior that he can be counted as trustworthy in less secure settings.

This is all I know concerning his allegations.

_Mike Slatton_
Mike Slatton

STATE OF ALABAMA:
COUNTY OF MONTGOMERY:
SWORN TO AND SUBSCRIBED before me this the 3rd day of August 2006, 2006.

_Kimberly W_____
Notary Public


EXHIBIT
2