My name is Annette Coleman and I am presently employed as a Classification Specialist Supervisor (Central Review Board) with the Alabama Dept. of Corrections, P. O. Box 301501 Montgomery, AL 36130. I am over the age of twenty-one years. I have 28 years with the Alabama Dept. of Corrections as a former Correctional Officer and currently in Classification. I worked for 7 years at Tutwiler and Wetumpka Work Release as a Correctional Officer I and Correctional Officer II. I was a Classification Specialist at Draper Correctional Facility managing a caseload for 4 years. I was an Intake Specialist at Kilby for 3 years. I worked as the Classification Supervisor at Kilby for 7 years. I have work in my current capacity as a member of the Central Review Board making determinations relative to placements, programs, custodies, Institutional assignments and security levels for seven years. I hold a BS degree in Criminal Justice and Counseling. I am qualified to testify to the following with respect to the issues raised in this pleading.

Inmate Michael Anderson #156270 claims that false and erroneous information was utilized to determine his custody classification. The information utilized for determination of placement for inmate Anderson was contained in his Central records file, specifically the Pre-Sentence Investigation completed by Pardon & Parole. Inmate Anderson's placement was based upon his overall criminal history.

Inmate Anderson is currently serving a life sentence for Murder with prior convictions for Assault III and Robbery III. Also noted in his prior criminal history with no convictions are Disorderly Conduct, Assault III, Possession of Sawed off Shot Gun, and Assault II. Inmate Anderson classification was deemed inappropriate for lower security placement based solely on his overall criminal history.

Annette Coleman

STATE OF ALABAMA:
COUNTY OF MONTGOMERY:
SWORN TO AND SUBSCRIBED before me this the 3rd day of August 2006, 2006.

Notary Public

EXHIBIT
3