In The United States District Court, Middle District Of
Alabama Northern Division

RECEIVED

Michael Anderson, Et. Al.,
        Plaintiff,        2006 SEP -6   A 9: 15

Vs.                                    Case No. # 2:06-CV-620-WKW-CSC

Paul Whaley, Et. Al.,
        Defendants,

## Plaintiff's Motion For An Extention Of Time

On August 30, 2006, this Honorable Court issued an Order
to the Plaintiff, stating that he had until September 18, 2006, to
Respond to the answer of the defendants. The Plaintiff is now
filing this his Motion For An Extention Of Time, so that he
may obtain some documents of proof through discovery from
the defendants. The defendants are in possession of vital
documents of proof, that would show proof unto this Honorable
Court, that the defendant's has mislead and committed perjury
in this Honorable Court of Justice. The Plaintiff submits that he
has a due process Right to offer proof of his contention against the
defendants, Conley-v-Gibson, 355 U.S. 41, 45-46 (1957), 2 L.Ed. 2d. 80,
84, 78 S.Ct. 99. See Dioguardi-v-Durning, 139 F.2d. 774 (CA 2 1944);
Haines-v-Kerner, 404 U.S. 519, 30 L.Ed. 2d. 652, 92 S.Ct. 594 Reh. den.
405 U.S. 948, 30 L.Ed. 2d. 819, 92 S.Ct. 963 [No. 70-5025]. Plaintiff prays
that his Extention of time be Granted.

                                    Respectfully Submitted,
                                    Michael W. Anderson

Done this 1st day of September 2006;

1.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served on all interested parties, by placing a copy of the same in the United... States Mail, Postage Prepaid and addressed to the following;

CLERK OF THE United States District Court
  Middle District of Alabama
  P.O. Box 711
  Montgomery, Alabama - 36101-0711


Office of The Attorney General
  11 South Union Street
  Montgomery, Alabama - 36130-0152


Done this 1st day of September 2006;

Respectfully Submitted,
Michael W. Anderson

2.