In The United States District Court For The Middle
District Of Alabama. Northern Division

Michael D. Anderson, Et. Al.,
      Plaintiff,

Vs.

Paul Whaley III. Et. al.,
      Defendants,

Case No. # 2:06-cv-620-WKW-CSC

RECEIVED

2006 SEP -6 A 9: 15

## Motion For Discovery. And/Or Production Of Documents

Comes Now the Plaintiff Michael D. Anderson, and Respectfully moves this Honorable Court Pursuant to this his Motion For Discovery, and/or, Production Of Documents, where these documents and Material will show forth direct proof to be Offered before the Court Abinst the defendants in this cause. Under Freedom Of Information Act. 5 U.S.C.S. 8 552 Et. Sea. Court Clearly has Authority to Order Agency to Produce documents where Records sought has been Improperly with-held, Gallace -vs- U.S. Dept. of Agric. (2003, D.C. Dist. Col.) 273 F. Supp. 2d. 53. Affd. (2003, No. Ill.) 2003 U.S. Dist. Lexis 20074. Plaintiff Ask this Honorable Court to Order defendants to Produce the following information;

(1) Copy of Each inmates Name that is Currently in a Work-Release. Center in the State Of Alabama, that was Convicted of Murder, Manslaughter, or Criminal Negligence Homicide: How many Black and White;

(2) Copy of Each inmates Name that is Currently in an Honor or Work Camp, within the State of Alabama, that has been Convicted of A Murder, Manslaughter, or Criminal Negligence Homicide: How many Blacks and Whites;

1.

(3) Copy of each inmate that has a First DEGREE Robbery conviction, which is housed in each WORK-RELEASE CENTER, and each HONOR or WORK CAMP in the State of Alabama; How many Blacks and Whites;

(4) Copy of offenses of SEX Crimes of each inmate housed in any WORK RELEASE and HONOR CAMP in the State of Alabama; How many Blacks and whites;

(5) Copy of Administrative Regulations #302, #402, #425, #432 and #440, of the Classification Manuel for inmates; Also Classification Manuel criteria;

(6) Copy of the College, hours, and years that Paul Whaley III, has attended the National Institute of Correction to obtain his Masters DEGREES in both Criminal Justice and Counseling; Special Instructor Certificate (#647) issued by the Peace Officer's Training Commission; and where were the presentations Given for him to receive the C.L.E credit?

(7) A complete copy of the document that Paul Whaley III has shown this Court as "Exhibit "B" on the Theft of Property, So that there will be the full details;

(8) A copy of the institution that Jason D. Barco, CC-05-0561-C.P.N. is currently being housed with a 15-Year, Split-3-Year Sentance for MURDER, Gun POSSESSION, BURGLARY First, Theft of Property First, Attempted MURDER, and DISCHARGING A GUN in an... OCCUPIED Vehicle?

    The United States SUPREME Court has stated that A PRO-SE Plaintiff is entitled to the right to offer proof HAINES-V-KERNER; 404 U.S. 519, 30 L.Ed.2d. 652, 92 S.Ct. 594 REH.DEN. 405 U.S. 948, 30 L.Ed.2d.819, 92 S.Ct. 963 [ No. # 70-5025].

RESPECTFULLY Submitted,
Michael D. Anderson

DONE this 1st day of SEPTEMBER 2006;

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served on all interested parties, by placing a copy of the same in the United States mail, postage prepaid and addressed to the following;

Clerk of the Middle District of Alabama
Court, Northern Division
P.O. Box 711
Montgomery, Alabama - 36101 - 0711


Office of the Attorney General
11 South Union Street
Montgomery, Alabama - 36130 - 0152


Done this 1st day of September 2006;

Respectfully Submitted,
Michael W. Anderson

3.