IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL D. ANDERSON, #156270,    )
                                 )
    Plaintiff,                   )
                                 )
v.                               )   CASE NO. 2:06-CV-620-WKW
                                 )
PAUL WHALEY, et al.,             )
                                 )
    Defendants.                  )

**ORDER**

Upon consideration of the motion for discovery and/or for production of documents filed by the plaintiff on September 6, 2006 (Court Doc. No. 12), and for good cause, it is

ORDERED that:

1. The motion be and is hereby GRANTED to the extent that the plaintiff seeks production of a complete copy of his presentence report and copies of administrative regulations 302, 402, 425, 432 and 440.

2. The motion be and is hereby DENIED with respect to all other requests made by the plaintiff as such requests seeks documents which are either irrelevant to a determination of the issues presented in this case and/or would not lead to the discovery of admissible evidence.

3. On or before September 22, 2006, the defendants shall file with the court and provide to the plaintiff a complete copy of his presentence report and copies of the requested

administrative regulations.

Done this 7th day of September, 2006.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE