IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ANDERSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:06-CV-620-WKW-CSC |
| ) | |
| PAUL WHALEY II, ET AL. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF COMPLIANCE WITH COURT'S ORDER AND
MOTION TO PARTIALLY RECONSIDER**

COMES NOW the defendants, through undersigned counsel, and herby give the court notice of their compliance with the Court's September 7, 2006 order partially granting plaintiff's motion for discovery and/or for the production of documents ordering that a complete copy of the plaintiff's presentence report and copies of Administrative Regulations 302, 402, 425, 432 and 440 be produced.  A copy of the complete presentence report and Regulations 302, 425, 432, and 440 are attached hereto collectively as Exhibit One.  The Defendants would respectfully move that the Court reconsider its Order to produce Regulation 402 on the following grounds:

1. Regulation 402 deals with procedures and methods to insure the physical security, custody and control of inmates not their classification, and is restricted from access by inmates and the public in general.

2. Production of Regulation 402 could potentially jeopardize the security and control of the State's prisons.

3. Plaintiff claims that he was denied a lower security placement classification due to racist motives of the defendants and the utilization of false and erroneous information. Regulation 402 does not govern security classifications and is irrelevant to plaintiff's claims.

WHEREFORE, premises considered, Defendants respectfully requests that the Court reconsider its order and deny the request to produce Regulation 402 to the inmate plaintiff. In the alternative, the Defendants would request that the court perform an in camera inspection of Regulation 402 to determine whether the regulation should be produced.

Respectfully submitted,

TROY KING (KIN047)
Attorney General

s/ Benjamin H. Albritton
Benjamin H. Albritton (ALB008)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 21st day of September, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Michael Anderson, AIS #156270
Bullock Correctional Facility
P.O. Box 5107
Union Springs, Alabama 36089

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General