IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. ANDERSON, #156270, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-620-WKW |
| | ) | |
| PAUL WHALEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the motion for partial reconsideration filed by the defendants on September 21, 2006 (Court Doc. No. 15), and for good cause shown, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. To the extent the order entered on September 7, 2006 (Court Doc. No. 13) required production of administrative regulation number 402, such portion of the order be and is hereby VACATED.

Done this 22nd day of September, 2006.

        /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE