County of Bullock;
State of Alabama;

Case No. 2:06-CV-620-WKW-CSC

## Affidavit In Support

My name is Michael Dewayne Anderson #156270, and is over the legal age of 21-years, and gives this affidavit knowingly and willingly, to the best of my knowledge, and under the penalty of perjury.

The defendants in this case has submitted affidavits under the penalty of perjury, and should be held accountable for the committing such acts. Mr. Paul Whaley has stated in his recent that affidavit Exhibit #1, that he never stated that I demanded to go to work release, but his Exhibit #A says that Anderson demands a less restrictive institution, and page #2 of that Exhibit #A, does say that I am barred from ever being considered for a work release. (2) Mr. Whaley also has tried to say that he said I was predatory, but his first affidavit before this court states that I am a violent-predator, which is defined by Webster as a animal. (3) Mr. Whaley has further stated that I have committed prison violated rules, but I have only 2-disciplinaries in 10-years, and that was in Mississippi for assisting an Alabama inmate with a legal affair. We were not afforded with a law library of books of Alabama laws, and forced into that state by Alabama prison system for space.

1.

My time sheet will reflect that I have complied with the rules and regulations that has been administered within the prison facilities I've been associated. So I am not still dangerous in prison, a predator (animal), or threat to society as the defendant Paul Whaley has stated.

Mike Statton has stated in his affidavit under the penalty of perjury, that he stated I finally killed a victim. But his statement on the denial sheet stated: long criminal history, finally killed "somebody." As though I had intended to go out and just kill someone.

Mrs. Annette Coleman has submitted an affidavit under the penalty of perjury, but has submitted false information in her affidavit, because I have no prior convictions of Assault III, or any prior conviction of Robbery III. And the other assumptions about disorderly conduct, Assault III, possession of a sawed off shotgun, and Assault II, were dismissed or Nolle Possed for lack of evidence against me. Mrs. Coleman has submitted numerous specialist positions and degrees, but has failed to put the truth in her affidavit before the court, which amounts to perjury.

The director Paul Whaley and other defendants knowingly and and intentionally has shown widespread bias, discrimination, and prejudicial policies/practices and abuse of his prisoners in state custody. And in violation of their constitutional civil rights of the United States constitution. Whereas, Federal Court Orders of 1976-79 under the jurisdiction of Federal Judge Frank M. Johnson, (deceased), abolished the (Board of Corrections) and vested all

2.

it's rights, Authority, Duties, Power, Property, Funds, Personnel, Ect., into full control to the Governor of the State of Alabama, and... Authorized him to exercise such functions and duties himself, or he can appoint a designated administration. As this appointment rest in the hands of a prison commissioner "only" who is then an appointee of the Governor's Cabinet. And these functions of prison administration should not, and cannot be placed in the in the hands of a State employee such as Paul Whaley, director of Classification and it's agents under him without the legal consent and authority of the Governor of Alabama. As provided pursuant to Acts 1979. No:" 79-426, page 667. Effective October 1, 1979.

    These unconstitutional violations of Due Process and Equal Rights under the Constitution of the United States, and of Alabama, should be addressed before the court, because the affiant is being violated of his Rights, polices, and procedures that govern Classification, and criminal charges are due to be brought against the defendant's for perjury.

Respectfully Submitted,
Michael W. Anderson

Sworn and Subscribed before me this 10th day of October, 2006;

_____
Notary Public
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

3.