# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

Tracy Jermaine Richard # 185814
    Petitioner,

    -V-

Richard Allen,- Commissioner
Alabama Dept. Correction, and
Paul Whaley, Director of
Alabama Dept. of Corrections,
Classification Division.
    Respondents.

Case NO: _____

## Petition for Writ of Certiorari Pursuant to 41-22-3(1)(9) Alabama Code 1975

    Comes now Tracy Jermaine Richard, the above named Pro-Se Petitioner, who is indeed a State prisoner within (Alabama Dept. of Corrections). Wherefore he petitions this Honorable Court for issuance of a Writ of Certiorari, to the above named Respondents in the above styled cause and respectfully shows that:

(1) The Dept. of Corrections and it's agents is an "Administrative Agency" within the legal scope of the Administrative Procedure Act (A.P.A.), Code of Alabama 1975 Section 41-22-3 (9). SEE: **EX PARTE PINKARD –V- STATE,** 859 So. 2d. 449, 450, 2003 (Ala. Crim. App.) LEXIS 86 at 3 (Ala. Crim. App. 2003): and **EX PARTE DERAMUS,** [MS. 1010923 June 7, 2002] So. 2d. _____2002 Ala. LEXIS 176 (Ala. 2002).

(2) The Petitioner will submit before this Honorable Court "Exhibits" of factual legal documents as part of these pleadings which will clearly show legal merit of Petitioner's claim that the Classification Division of the (Ala. Dept. of Corrections) did knowingly and intentionally use false information on September 28, 2005 and again February, 2006 to illegally re-classify the Petitioner as "restricted inmate". Which now denies him the basic entitlement, as a State prisoner to a "less restrictive" institutional placement including honor camps. As well as community based facilities, which is in violation of his constitutional rights to Due Process, under the 5th and 14th Amendments of the United States constitution and the Alabama constitution of (1901). Article I, Section 1, 6, and 22. Wherefore, the legal merits involved in this factual dispute challenges the legality of the "restrictions" and demonstrate the invalidity of the classification action of imposing the invalid restrictions. SEE: exhibits (A) (1), (A)(2), and (B).

(3) Petitioner, avers that the (Ala. D.O.C.) Classification Division and it's Agents intentionally and inappropriately manipulated legal court documents, and falsely "re-charge" and accused the Petitioner of a Felony Offense, to wit: Kidnapping in violation of Section 13A-7-5, (Code of Ala. 1975). As the reason for justifying continuing use of "restriction Policy" under (Ala. D.O.C.) administrative regulations 401, 402, 420, 425, and 432. Which all of these regulations support the "objective risk assessment policies" and provides the actual guidelines for decision making in accordance with the (Ala. D.O.C.) Classification Manual, as revised in October 2002, page (1) introduction / definitions / procedures, and pages (32) and (33) . "restricted conviction Offense". The Petitioner, has not been convicted of any Felony "kidnapping" offense for which Classification Division has illegally lodged in the Petitioner's institutional files and thus caused unjustified deprivation of privileges implemented by statute. SEE: exhibits (A)(1), (B), (C)(2), and (D). Wherefore, the Petitioner was legally entitled to a Due Process hearing, in order to challenge the "false charge" of Felony Kidnapping.

(4) Therefore, according to administrative Classification Manual, page (23) responsibilities. The Director of classification, namely Paul Whaley, "will assure that approved policy and regulations "comply" with State laws and existing court orders review and make sound recommendations for updating Classification policy and Classification Manual". He is also the "Direct" supervisor of the (Ala. D.O.C.) central review broad agency and answers only to the authority of the commissioner of the (Ala. D.O.C.), namely Richard Allen.

(5) Petitioner avers that he has exhausted all administrative remedies to allow the Director of Classification to show cause or actual legal evidence to support a legitimate claim of Felony Kidnapping conviction to justify the continued use of the "restricted" designation. SEE: exhibits (D). Which is a letter to Paul Whaley, Director of Classification (Ala. D.O.C.) from a Charles Blackledge, institutional Supervisor in reference to the Petitioner's legal situation, dated February 2, 2006. There is no "grievance procedure or process" within the (Ala. D.O.C.) to initiate having erroneous and / or false information expunged from accused institutional file. Wherefore, the false information is being relied on in denying Petitioner's due process, after the (Ala. D.O.C.) Classification Division refused and / or failed to correct the matter. SEE: exhibit (C) (2) case action summary, motion for judgment of acquittal "granted" dated May 16, 2001 jury trial on Kidnapping Offense. Also, SEE: exhibits (C)(1) and (E) order of motion for production of records "granted" dated January 12, 2006. Wherefore, false information must be expunged from a prisoner's file. SEE: **MONROE –V- THIGPEN,** 932, F. 2d. 1437 (11th cir. 1991).

## CONCLUSION

Petitioner, avers, that his petition for a "Writ of Certiorari" is the proper vehicle for challenging the administrative decision of a State agency. SEE: **PINKARD –V- STATE,** 859 So. 2d. 449, 450, 2003, (Ala. Crim. App.) LEXIS 86 at 3 (Ala. Crim. App. 2003). Therefore, this

action against the (Ala. D.O.C.) Classification Division has proper jurisdiction venue in the Circuit Court of Montgomery County, Alabama. SEE: **EX PARTE DERAMUS,** [MS. 1010923, June 7, 2002] So. 2d._____,2002 Ala. LEXIS 176 (Ala.2002); **EDWARDS –V- STATE,** 866 So. 2d. 610 (Ala. Crim. App.2002).

      Therefore, the premises considered that the Writ of Certiorari is due to be issued to the respondents as petitioned for, herein.

          Respectfully Submitted,

          _____

          Tracy Jermaine Richard #185814
          Bullock Correction Facility
          Post Office Box 5107
          Union Springs, Alabama 36089-5107

| State of Alabama<br>Unified Judicial System<br><br>Form C-34     Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number |
| --- | --- | --- |

IN THE _Middle District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Michael D. Anderson_ v. Defendant _Paul Whaley_

NOTICE TO _Danny Flemming_     _P.O. Box 5107, Union Spring Al 36089_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Michael D. Anderson #156270 Pro-Se_ WHOSE

ADDRESS IS _Bullock County Corr. Fac. P.O. Box 5107 Union Springs, Al 36089_ .

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____     _____ By: _____
                                        Clerk/Register

---

☐ Certified Mail is hereby requested.     _Michael W. Anderson II 156270_
                                                **Plaintiff's/Attorney's Signature**

---

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to

_____ in _____ County,

Alabama on _____
                    (Date)

Date _____     Server's Signature _____

Address of Server _____     Type of Process Server _____

| State of Alabama Unified Judicial System | SUMMONS -CIVIL- | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | | |

IN THE _Middle District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Michael D. Anderson_ v. Defendant _Paul Whaley II_

NOTICE TO _Jeremy T. Guthrie_    _P.O. Box 5107, Union Springs, AL-36089_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Michael D. Anderson # 156270 Pro-Se_ WHOSE ADDRESS IS _Bullock County Corr. Fac. P.O. Box 5107, Union Springs, AL-36089_ .

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____ By: _____
                                Clerk/Register

☐ Certified Mail is hereby requested.    _Michael D. Anderson 156270_
                                        **Plaintiff's/Attorney's Signature**

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to

_____ in _____ County,

Alabama on _____
                (Date)

● _____    _____
Date                Server's Signature

_____    _____
Address of Server    Type of Process Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number |
|---|---|---|

IN THE _Middle District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Michael D. Anderson_ v. Defendant _Paul Whaley II_

NOTICE TO _Maynard Owens_ _P.O. Box 5107, Union Springs, Al-36089_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Michael D. Anderson #156270 Pro-Se_ WHOSE ADDRESS IS _Bullock County Corr. Facility P.O. Box 5107, Union Springs, AL-36089_.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____ By: _____
                          Clerk/Register

---

☐ Certified Mail is hereby requested.    _Michael W. Anderson #156270_
                                          Plaintiff's/Attorney's Signature

---

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to

_____ in _____ County,

Alabama on _____
              (Date)

_____    _____
Date                Server's Signature

_____    _____
Address of Server   Type of Process Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number |
| --- | --- | --- |

**IN THE** _Middle District_ **COURT OF** _Montgomery_ **COUNTY**

**Plaintiff** _Michael D. Anderson_ **v. Defendant** _Paul Whaley II_

**NOTICE TO** _Michael S. White_ _P.O. Box 5107, Union Springs, Al-36089_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Michael D. Anderson - 156270 Pro-SE_ WHOSE ADDRESS IS _Bullock County Corr. Facility, P.O. Box 5107 Union Springs, Ac 36089_ THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____ _____ By: _____
                              Clerk/Register

---

☐ Certified Mail is hereby requested.    _Michael W. Anderson 156270_
                                         **Plaintiff's/Attorney's Signature**

---

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____
                                                              (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to

_____ in _____ County,

Alabama on _____
           (Date)

_____    _____
Date                       Server's Signature

_____    _____
Address of Server          Type of Process Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number |
|---|---|---|

IN THE *Middle District* COURT OF *Montgomery* COUNTY

Plaintiff *Michael D. Anderson* v. Defendant *Paul Whaley II*

NOTICE TO *Tracy J. Richard #185814 P.O. Box 5107, Union Springs AL 36089*

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY *Michael D. Anderson #156270 - Pro-Se* WHOSE ADDRESS IS *Bullock County Corr. Facility, P.O. Box 5107, Union Springs, AL-36089.* THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN *30* DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____ By: _____
                                Clerk/Register

---

☐ Certified Mail is hereby requested.    *Michael W. Anderson II 156270*
                                **Plaintiff's/Attorney's Signature**

---

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to

_____ in _____ County,

Alabama on _____
              (Date)

_____         _____
Date                    Server's Signature

_____         _____
Address of Server       Type of Process Server