In The United States District Court For The Middle District Of Alabama, Northern Division

Michael D. Anderson,
   Plaintiff,
vs.
Paul Whaley, et. al.,
   Defendants,

Case No. 2:06-CV-620-WKW-CSC

## Notice To Magistrate Judge

The plaintiff Michael D. Anderson filed a civil action in this Honorable Court while he resided at the Bullock County Correctional Facility, P.O. Box 5107, Union Springs, Alabama 36089, but the plaintiff has been transferred to the Childersburg Community Work Center, P.O. Box 368, Childersburg, Alabama - 35044.

On November 9, 2006, Captain Karla Jones and Lt. C.T. Cain confiscated the plaintiff's legal material that's pending in this Court and others, stating that the plaintiff could not work on but one case, and all other must be mailed home within 30-days. This is a constitutional violation of the plaintiff's rights to access the courts, and hinder his collateral attack on his criminal convictions, and violations that has occurred while he has been incarcerated.

1.

The plaintiff is mindful that this institution does not have a legal library, nor does it have any assistance for legal matters, but the Captain Jones and Lt. Cain should not be able to just stop the plaintiff from working on legal claims and issues he has before the courts.

Plaintiff prays that this Honorable Court will issue an Order on Captain Karla Jones at the Childersburg Community Work Center, to return the plaintiff's legal materials that she confiscated to be sent home.

Done this 9th day of November 2006;

Respectfully Submitted,
Michael W. Anderson

## Certificate of Service

I hereby certify that a copy of the foregoing has been served on all interested parties, by placing a copy of the same in the United States Mail, postage prepaid and addressed to the following;

Clerk of the Middle District of Alabama
Northern Division
P.O. Box 711
Montgomery, Alabama - 36101-0711

Office of the Attorney General
11 South Union Street
Montgomery, Alabama - 36130

Done this 9th day of November 2006;

Respectfully Submitted,
Michael D. Anderson