IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL ANDERSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-620-WKW |
| | ) | |
| PAUL WHALEY, *et al.*, | ) | |
|     Defendants. | ) | |

### **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge, and after an independent review, it is ORDERED that:

(1) The Recommendation is ADOPTED;

(2) Defendants' motion for summary judgment is GRANTED;

(3) This case is DISMISSED with prejudice;

(4) The costs of this proceeding shall be TAXED against the Plaintiff.

An appropriate judgment will be entered.

    DONE this 3rd day of September, 2009.

               /s/ W. Keith Watkins
              UNITED STATES DISTRICT JUDGE